IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WALLACE E. MCGUIRE,<br><br>          Plaintiff,<br><br>v.<br><br>OKLAHOMA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants. | Case No. CIV-25-309-PRW |

## **ORDER**

Before the Court is Magistrate Judge Amanda Maxfield's Report and Recommendation (Dkt. 11), recommending that this action be dismissed without prejudice.

Plaintiff, proceeding pro se, filed his Complaint (Dkt. 1) on March 12, 2025, and an Application to Proceed In Forma Pauperis (Dkt. 5) on March 24, 2025. Judge Maxfield granted Plaintiff's Application to Proceed In Forma Pauperis but ordered Plaintiff to pay an initial filing fee of $5.00 by April 18, 2025 (Dkt. 7). Judge Maxfield warned Plaintiff that the failure to pay the initial filing fee would result in dismissal of his action without prejudice. Plaintiff did not do so.

On April 30, 2025, Judge Maxfield filed her Report and Recommendation (Dkt. 11), recommending that this action be dismissed without prejudice for failure to comply with the Court's orders. Judge Maxfield advised Plaintiff of his right to object to the Report and

1

Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.

Having reviewed the matter, the Court **ADOPTS** the Report and Recommendation (Dkt. 9) in full. This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with orders of the Court pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 3.3(e) and Plaintiff's motions for summary judgment (Dkts. 8, 9, and 10) are **DENIED AS MOOT**. A separate judgment will follow.

**IT IS SO ORDERED** this 30th day of October 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).